{¶ 38} I respectfully dissent.
 {¶ 39} I do not believe the domestic violence statute conflicts with Section 11, Article XV of the Ohio Constitution for many of the reasons expressed in State v. Newell, 5th
Dist. No. 2004CA00264, 2005-Ohio-2848; State v. Carswell,
12th Dist. No. CA2005-04-047, 2005-Ohio-6547; State v.Burk, 8th Dist. No. 86162, 2005-Ohio-6727; State v.Rexroad, 7th Dist. Nos. 05-CO-36, 05-CO-52, 2005-Ohio-6790;State v. Nixon, 9th Dist. No. 22667, 2006-Ohio-72; Statev. Ward, 2nd Dist. No. 2005-CA-75, 2006-Ohio-1407 (Donovan, J., dissenting); and State v. Rodgers, 10th Dist. No. 05AP446, 2006-Ohio-1528.
 {¶ 40} Moreover, I must reject the conclusion reached by the majority herein, that mere cohabitation "amounts to the design, qualities, significance, or effect of marriage." Majority opinion at ¶ 16. I would affirm the judgment of the trial court.